WILLIAM G. WALKER, P.C.
1316 E. Broadway Blvd.
Tucson, Arizona 85719
wgwpc@wgwatty.com
Firm email: assistant@wgwatty.com
(520) 622-3330
Fax: (520) 882-6833
Attorneys for Debtor

# IN THE UNITED STATES BANKRTUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**TITAN LABORATORIES TUCSON, LLC,**<br><br>DEBTOR. | **In proceedings under Chapter 7**<br><br>**No. 4:24-bk-01597 BMW** |
| **RAGA, LLC,**<br><br>MOVANT,<br><br>vs.<br><br>**TITAN LABORATORIES TUCSON, LLC, ANTHONY H. MASON, CHAPTER 7 TRUSTEE,**<br><br>RESPONDENT. | **ROBERT BRODNICK'S SEPARATE OBJECTION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY BY RAGA, LLC.** |

William G. Walker, P.C., on behalf of Robert Brodnick, hereby files his separate objection to the Motion for Relief from Automatic Stay on the grounds and for the reasons set forth in the accompanying memorandum.

/ / /

/ / /

1

# MEMORANDUM

As attested to in the attached affidavit, the Movant, RAGA, LLC, entered into two separate agreements with Titan Laboratories Tucson to occupy separate premises at opposite ends of the same building.

The leases were entered into at separate times (one over a year after the other), the mailing addresses of the two were different, the entrances and exists to the locations were separate and the addresses performed separate purposes. The equipment was all stored and utilized at a location separate from the one in which RAGA now claims a landlord's lien.

Therefore, the equipment in question, which was used at a laboratory facility remote from the kitchen at issue here is not a proper subject for a landlord's lien.

Dated this 6th day of January, 2025.

> **s/ WILLIAM G. WALKER**
> William G. Walker, Esq.
> Attorney for Debtor

Copies of the foregoing emailed/mailed
this 6th day of January, 2025 to:

Charles R. Hyde
LAW OFFICES of C.R. HYDE, PLC
Email: crhyde@gmail.com

| | |
|---|---|
| 1 | Trustee |
| 2 | Anthony H. Mason, Chapter 7 Trustee |
| | 3039 W. Peoria Avenue , Ste. C102 PMB#128 |
| 3 | Phoenix, Arizona 85029 |
| 4 | |
| 5 | Ryan W. Anderson |
| | Burch & Cracchiolo |
| 6 | Email: randerson@bcattorneys.com |
| 7 | Shawn Aubrey McCabe |
| | Burch & Cracchiolo, P.A. |
| 8 | Email: smccabe@battorneys.com |
| 9 | |
| 10 | Scott MacMillan Baker |
| | Law Offices of Scott MacMillan Baker |
| 11 | Email: bakerlaw@bakerlawpc.net |

3