**ROBERT S. WOLKIN, ESQ.**
Attorney at Law
3301 E. Camino Campestre
Tucson, Arizona 85716
Phone: (520) 319.2159
Fax: (520) 319.0553
robert@rswolkin.com
PCC No.: 63396
ASB No.: 002900
Attorney for Wage-Claimants

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**TITAN LABORATORIES TUCSON, LLC,**<br><br>    DEBTOR. | In proceedings under Chapter 7<br><br>No. 4:24-bk-01597 BMW |
| **RAGA, LLC,**<br><br>    MOVANT,<br><br>vs.<br><br>**TITAN LABORATORIES TUCSON, LLC, ANTHONY H. MASON, CHAPTER 7 TRUSTEE,**<br><br>    RESPONDENT. | **WAGE EARNERS OBJECTION TO RAGA, LLC, MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

Wage earners, by and through their attorney undersigned, hereby object to RAGA's Motion for Relief from the Automatic Stay requesting leave to sell property which RAGA claims is subject to a landlord's lien, on the grounds and for the reasons that are stated in the accompanying Memorandum of Points and Authorities.

1

# MEMORANDUM

Movant, RAGA, LLC, claims that they are entitled to a landlord's lien against equipment that they claim was in their leased premises when the company employing the wage earners company was evicted from the premises. This is not true, as the equipment was never placed at the property in question.

In the attached Affidavit of Robert Brodnick, a wage earner, claimant herein, he states that he was present at both locations during the relevant times at issue; He avows that all equipment claimed subject to the landlord's lien in the defaulted lease ("Kitchen"), was never physically present at that location, but was always subject to a separate lease ("Lab"). The property was attached to, and could only be subject to a landlord's lien through appropriate circumstances, at the "Lab" location and as part of a separate lease agreement.

Respectfully submitted this 6th day of January, 2025.

_____
Robert S. Wolkin, Esq.
Attorney for Wage-Claimants

Copies of the foregoing emailed/mailed
this 6th day of January, 2025 to:

Charles R. Hyde
LAW OFFICES of C.R. HYDE, PLC
Email: crhyde@gmail.com

Trustee
Anthony H. Mason, Chapter 7 Trustee

2

3039 W. Peoria Avenue , Ste. C102 PMB#128
Phoenix, Arizona 85029

Ryan W. Anderson
Burch & Cracchiolo
Email: randerson@bcattorneys.com

Shawn Aubrey McCabe
Burch & Cracchiolo, P.A.
Email: smccabe@battorneys.com

Scott MacMillan Baker
Law Offices of Scott MacMillan Baker
Email: bakerlaw@bakerlawpc.net

By: /s/ Erin Wilson

3

# AFFIDAVIT

I, Robert Brodnick, being first duly sworn upon my oath, depose and state as follows:

1. I was one of the wage earners physically present and working at each of the locations controlled by the movant, RAGA, LLC, during all relevant times at issue.
2. I am a chemist with a PHD and I am intimately familiar with all of the equipment claimed by RAGA to be present at the location claimed in their motion.
3. I have personal knowledge that the equipment in question was never within the property claimed, was always utilized by the tenant at a separate property in the same building, but at a separate address, with separate entrances.
4. The locations are not connected and the equipment cited by the Movant in this case was never used in or a part of the location claimed by the Movant.
5. Further, affiant sayith naught.

_____
Robert Brodnick

STATE OF ARIZONA   )

COUNTY OF PIMA   )ss.

On the 6th day of January in the year of 2025, before me, the undersigned notary public, personally appeared Robert Brodnick, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledgment to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

IN TESTIMONY WHEREOF. I have set my hand and affirmed my official seal in the County and State aforesaid, the day and year above written.

My term expires: 1/2/2026

_____
Notary Public

OFFICIAL SEAL
ERIN O. WILSON
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
COMM# 625211
My Comm. Expires January 2, 2026