UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**MINUTE ENTRY**

<u>*Hearing Information*</u>

Bankruptcy Judge:               The Honorable Brenda Moody Whinery
Case Number:                    4:24-bk-01597-BMW
Debtor(s):                      TITAN LABORATORIES TUCSON, LLC
Chapter:                        7
Date and Time:                  04/29/2025 10:15 AM
Location(s):                    Videoconference
Courtroom Clerk:                Rebecca Volz
Electronic Court Recording Operator:  Rhianna Dominguez

<u>*Matter(s)*</u>

PRELIMINARY HEARING ON THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY RAGA, LLC RE: PERSONAL PROPERTY SEIZED FROM DEBTOR'S PREMISES LOCATED AT 2175 E. VALENCIA RD., TUCSON, AZ 85706

32 / 52

<u>*Appearances*</u>

C.R. HYDE, REPRESENTING TITAN LABORATORIES TUCSON, LLC AND APPEARING BY VIDEOCONFERENCE
SCOTT M. BAKER, REPRESENTING RAGA, LLC AND APPEARING BY VIDEOCONFERENCE
SHAWN MCCABE, REPRESENTING THE CHAPTER 7 TRUSTEE AND APPEARING BY VIDEOCONFERENCE
WILLIAM WALKER, REPRESENTING SHERYL SILVERMAN, MAYA LEONETTI, WILLIAM ENGLISH, KELSEY BRODNICK-LONG, AND ROBERT BRODNICK AND APPEARING BY VIDEOCONFERENCE

<u>*Proceedings*</u>

Mr. Baker argues in support of stay relief. There are competing secured creditors and there is a question of priority. The total due to the secured creditors plus his client's claim exceeds the value of the property. Raga, LLC ("Raga") estimated the value of the property at approximately $50,000.00. The liens and his client's administrative claim plus prepetition rent total approximately $68,000.00. No written offers for purchase have been received which is why the supplement was filed. The property at issue does not provide any value to this estate.

Mr. McCabe argues against stay relief at this time. More information is needed. He reports that the Trustee may be filing a Notice of Abandonment. The auctioneer valued the property at approximately $10,000.00. The Motion for Relief from Stay alleges Raga is owed in excess of $62,000.00 and the basis for the amount claimed and the alleged lien is unclear. Raga, LLC is the landlord. It appears that Raga's claim is comprised of prepetition rent and post-petition storage fees of $500.00 per month. There are competing secured creditors with UCC liens and it does not appear that those creditors received notice. On its face, the UCC lienholders are the first position lienholders and those claims may exceed $100,000.00. Mr. Walker's clients have offered to purchase the property for $25,000.00. At this time there is no written purchase offer. The Trustee may consider a sale subject to higher and better offers.

The Court asks where the property is being stored.

Mr. Baker reports that the property remains at the facility. The lockout occurred several months

before the bankruptcy was filed. His client does not have a UCC lien. As the landlord, his client has a lien for past due rent secured by tenant's property pursuant to state law. If Mr. McCabe believes that the UCC lienholders did not receive notice, then they did not receive notice.

Mr. Hyde has nothing to add to the written response. He requests a continued hearing to allow the parties time to discuss a resolution. Some of the secured creditors are members of the Debtor.

Mr. Walker discusses the history and circumstances of this case.

Mr. Baker disagrees with Mr. Walker's recitation of the history and circumstances of the case.

The Court states that today's hearing is a preliminary hearing and the Court will not be getting in to the merits today.

The Court asks if the parties would like a continued preliminary hearing to allow time for the parties to discuss a potential resolution.

The parties agree to a continued preliminary hearing.

Mr. Baker states that he will re-notice the hearing to address any deficiencies.

COURT: THE COURT IS NOT IN A POSITION TO GRANT STAY RELIEF TODAY. A CONTINUED PRELIMINARY HEARING IS SET FOR JUNE 3, 2025 AT 10:30 A.M. THE PARTIES ARE TO MEET AND CONFER PRIOR TO THE CONTINUED HEARING TO SEE IF ANY RESOLUTIONS CAN BE REACHED.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED PRELIMINARY HEARING IS SET FOR JUNE 3, 2025 AT 10:30 A.M. ANY INTERESTED PARTIES MAY APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 161 821 9755 AND THE PASSCODE IS 513471.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM CLERK REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.